## Ex Parte Ralph Spence.

No. 6123.   Decided January 26, 1921.

Habeas Corpus—Bail—Mitigation of Offense.

Where, upon appeal from a *habeas corpus* proceeding for bail, there was evidence introduced in mitigation of the offense of murder, bail is hereby granted, in the sum of $10,000.

Appeal from the District Court of Jefferson.   Tried below before the Honorable E. A. McDowell.

Appeal from a *habeas corpus* proceeding denying bail on a charge of murder.

The opinion states the case.

*C. W. Howth* and *F. G. Vaughn,* for appellant.—Cited Williams v. State, 144 S. W. Rep., 620; Gaines v. State, 148 id., 717; Clanton v. State, 20 Texas Crim. App., 615.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

MORROW, Judge.—This appeal is from an order of the district judge in refusing to grant appellant bail.   He was charged by complaint of murder.   That the appellant killed the deceased was conceded.   There was introduced evidence in mitigation of the offense.   Without detailed discussion of the facts, we express the opinion that the case is not one in which bail should be denied.   The order refusing it is reversed and bail granted in the sum of ten thousand dollars.

*Bail granted.*